**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-1176**

MICHAEL R. FULLER; NANCY J. HALSTEAD,

Plaintiffs - Appellants,

versus

NLI/PLC/MACO III,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (MISC-96-5)

Submitted: September 10, 1996      Decided: October 30, 1996

Before WILKINS, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael R. Fuller, Nancy J. Halstead, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order dismissing with prejudice their request for a temporary restraining order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Fuller v. NLI/PLC/MACO III</u>, No. MISC-96-5 (E.D. Va. Feb. 9, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>